The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELIZABETH PALMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS, a foreign corporation,<br><br>Defendant. | No.  CV 07-0668 JLR<br><br>CERTIFICATE OF SERVICE |

I, Cheryl Lee, say:

I hereby certify that on May 7, 2007, I electronically filed the Stipulation and (proposed) Order Staying All Proceedings and for Preservation of Evidence, and this Certificate of Service with the Clerk of the Court and I hereby certify that I have sent via electronic service, these documents to the following:

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
steve@hbsslaw.com

Michael David Myers
Myers & Company
1809 Seventh Avenue, Suite 700
Seattle, WA  98101
mmyers@myers-company.com

CERTIFICATE OF SERVICE - CV 07-0668 JLR - 1

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

Dockets.Justia.com

1  DATED this 7th of May, 2007, at Seattle, Washington.

2

3               /s/Cheryl Lee
    Cheryl Lee
4   Legal Assistant to Jeffrey T. Kestle

CERTIFICATE OF SERVICE – CV 07-0668 JLR - 2

Gardner Bond Trabolsi PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318